THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Ernest McPhail, Appellant,
 v.
 South Carolina Budget and Control Board and Employee
 Insurance Program, Respondents.
 
 
 

Appeal from 
 John D. Geathers, Administrative Law Court
 Judge
Memorandum Opinion No. 2009-MO-017
Heard February 19, 2009  Filed April 13,
 2009   
AFFIRMED

 
 
 
 Gerald 
 Malloy, of Malloy Law Firm, of Hartsville, and Preston F. McDaniel, of McDaniel
 Law Firm, of Columbia, for Appellant.
 James
 T. Hedgepath, of Nexsen Pruet, of Greenville, and Michael T. Brittingham, of
 Nexsen Pruet, of Columbia, for Respondents.
 
 
 

PER CURIAM:  After careful consideration of the
 Record on Appeal and the briefs, the appealed order is
AFFIRMED.

TOAL, C.J.,
 WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.